IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALYSSA CARTON,

      Plaintiff,                               No: 17-cv-00074-WPL-SCY

vs.

MCDONALD'S CORPORATION,

      Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant McDonald's Corporation hereby moves the Court for an order extending the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint ("Complaint") [Doc. 1, filed 01/17/17]. The Complaint was served on Defendant on March 28, 2017, making its response due April 18, 2017. The parties have agreed to a thirty-day extension of that deadline.

WHEREFORE, Defendant respectfully requests that the Court enter an Order extending the deadline for Defendant to respond to the Complaint from Tuesday, April 18, 2017, through and including Thursday, May 18, 2017.

*s/ Charlotte Lamont*
Charlotte Lamont
clamont@littler.com
LITTLER MENDELSON, P.C.
201 Third Street NW, Suite 500
Albuquerque, NM  87102
505.944.9680 (Telephone)
505.944.9681 (Facsimile)

Attorneys for Defendant

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, this 14th day of April, 2017:

Sharon E. Pomeranz
sharonesantafe@gmail.com
Law Office of Sharon Pomeranz
143 Pine Street
Santa Fe, NM  87501


*s/ Charlotte Lamont*
Firmwide:147044619.1 999999.3930