UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ALYSSA CARTON,

    Plaintiff,

v.                                CIV 17-0037 KG/SCY

CARROLL VENTURES, INC.,

    Defendant.

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(A), Chief Magistrate Judge Karen B. Molzen is hereby designated to conduct the hearing, set for May 1, 2017 at 10:00 a.m., and to perform any legal analysis required to recommend to the Court an ultimate ruling on this matter in order to determine whether the actions are frivolous or malicious.  The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to Chief Judge M. Christina Armijo, with copies provided to the parties.  The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1).  Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

    **IT IS ORDERED** that the Clerk of the Court file this Notice in each of the cases listed:

| Case Number | Case Name |
|---|---|
| 1:17-cv-00037-KG-SCY | Carton v. Carroll Ventures Inc. |
| 1:17-cv-00038-KBM-WPL | Carton v. Cole MT Albuquerque (San Mateo) NM LLC |
| 1:17-cv-00039-SCY-LF | Carton v. Courtyard NM LLC |
| 1:17-cv-00040-KK-SCY | Carton v. HDY LLC |
| 1:17-cv-00041-SCY-WPL | Carton v. Roshni |
| 1:17-cv-00043-SCY-KBM | Carton v. Laxmi Management LLC |
| 1:17-cv-00044-LF-KK | Carton v. LBC Company, LLC |
| 1:17-cv-00046-SCY-KBM | Carton v. San Mateo/Indian School, Inc. |
| 1:17-cv-00047-KK-WPL | Carton v. Spilca Nicolae & Mariana |
| 1:17-cv-00048-WPL-SCY | Carton v. Spirit Master Funding, LLC |

| Case Number | Case Name |
|---|---|
| 1:17-cv-00057-WPL-KK | Carton v. 6501 Lomas LLC |
| 1:17-cv-00058-SCY-KK | Carton v. Autozone Stores LLC |
| 1:17-cv-00059-WPL-KBM | Carton v. Bio-Medical Applications of N.M., Inc. |
| 1:17-cv-00060-KK-WPL | Carton v. Blakes Lotaburger, LLC |
| 1:17-cv-00061-KBM-LF | Carton v. Cimarron Holdings, LLC |
| 1:17-cv-00063-WPL-SCY | Carton v. Cole AB Albuquerque NM, LLC |
| 1:17-cv-00064-LF-WPL | Carton v. Cox and Allen, LLC |
| 1:17-cv-00065-GBW-KK | Carton v. Diamond Shamrock Stations, Inc. |
| 1:17-cv-00066-KK-KBM | Carton v. East Lomas, Partnership |
| 1:17-cv-00067-KK-KBM | Carton v. El Mirador, Inc. |
| 1:17-cv-00068-KK-LF | Carton v. ESS WCOT Owner, LLC |
| 1:17-cv-00069-LF-KK | Carton v. Goatcher Family, LTD |
| 1:17-cv-00070-WPL-KK | Carton v. Marky, et al |
| 1:17-cv-00071-SCY-LAM | Carton v. Lunnon Properties, LLC |
| 1:17-cv-00073-WPL-SCY | Carton v. Market Center East Retail Property, Inc. |
| 1:17-cv-00074-WPL-SCY | Carton v. McDonald's Corporation |
| 1:17-cv-00075-WPL-CG | Carton v. Miller Family Real Estate, LLC |
| 1:17-cv-00076-LF-WPL | Carton v. MVD Specialists, LLC |
| 1:17-cv-00077-KK-WPL | Carton v. Pacific Realty, CO |
| 1:17-cv-00078-WPL-LF | Carton v. Q Market Center, LLC |
| 1:17-cv-00080-LF-KK | Carton v. Realty Income, Corporation |
| 1:17-cv-00082-KK-KBM | Carton v. Brunetto et al |
| 1:17-cv-00083-LF-WPL | Carton v. Southwest Capital Projects, LLC |
| 1:17-cv-00084-SCY-KBM | Carton v. Westland Properties, LLC |
| 1:17-cv-00085-GJF-KBM | Carton v. Zia Trust, Inc. |
| 1:17-cv-00151-KK-WPL | Carton v. 5220 Eubank, LLC |
| 1:17-cv-00153-WPL-KK | Carton v. B+H Investments, LLC |
| 1:17-cv-00154-GBW-KK | Carton v. Fair Plaza, Inc |
| 1:17-cv-00156-SCY-LF | Carton v. Hayman Nurseries, LLC |
| 1:17-cv-00158-KBM-SCY | Carton v. Holiday Bowl, Inc. |
| 1:17-cv-00159-SMV-LF | Carton v. Kawips New Mexico, LLC |

| | |
|---|---|
| 1:17-cv-00160-GJF-LF | Carton v. LNU, et al |
| 1:17-cv-00161-LF-KBM | Carton v. M & E New Mexico Property, LLC |
| 1:17-cv-00162-WPL-LF | Carton v. Monarch Land, LLC |
| 1:17-cv-00163-KK-WPL | Carton v. Montgomery-Juan Tabo Properties, LLC |
| 1:17-cv-00164-SCY-WPL | Carton v. New Mexico Bank & Trust |
| 1:17-cv-00165-WPL-LF | Carton v. Pacific Bistro Partnership |
| 1:17-cv-00166-KBM-KK | Carton v. Pizza Hut of America LLC |
| 1:17-cv-00167-SCY-LF | Carton v. Jaramillo, et al |
| 1:17-cv-00168-SCY-KBM | Carton v. Garcia, et al. |
| 1:17-cv-00169-KBM-SCY | Carton v. Smith's Food and Drug Centers, Inc. |
| 1:17-cv-00170-KBM-KK | Carton v. Starlight Investments, LLC |
| 1:17-cv-00171-KK-SCY | Carton v. LNU, et al. |
| 1:17-cv-00172-LF-SCY | Carton v. McCollum, et al. |
| 1:17-cv-00173-RB-SCY | Carton v. Three J's, Limited Partnership |
| 1:17-cv-00174-KK-KBM | Carton v. Tulsi Group, LLC |
| 1:17-cv-00175-KK-SCY | Carton v. Pahlevan, et al. |
| 1:17-cv-00210-SCY-WPL | Carton v. Aryavart, Inc. |
| 1:17-cv-00211-WPL-GJF | Carton v. Autozone Stores, LLC |
| 1:17-cv-00213-KBM-KK | Carton v. Blakes Lotaburger, LLC |
| 1:17-cv-00214-SCY-KBM | Carton v. C & H San Marcos Center Corp |
| 1:17-cv-00215-KK-KBM | Carton v. Circle K Stores, Inc. |
| 1:17-cv-00218-KBM-LF | Carton v. Circle K Stores, Inc. |
| 1:17-cv-00219-KK-GBW | Carton v. ECP-PF: NM Operations, Inc. |
| 1:17-cv-00220-SCY-KBM | Carton v. Goatcher Family, LTD |
| 1:17-cv-00222-KK-SCY | Carton v. LNU, et al. |
| 1:17-cv-00223-SCY-KK | Carton v. M & S Properties, LLC |
| 1:17-cv-00224-KK-LF | Carton v. Medlock-New Mexico Properties, LLC |
| 1:17-cv-00225-KBM-KK | Carton v. Ling, et al. |
| 1:17-cv-00226-KK-WPL | Carton v. Brown, et al |
| 1:17-cv-00227-KBM-WPL | Carton v. Tachung Investment Company |
| 1:17-cv-00228-LF-KK | Carton v. Up Your Alley, LLC |

| | |
|---|---|
| 1:17-cv-00229-KK-KBM | Carton v. Wells Fargo Bank New Mexico N A |
| 1:17-cv-00293-SCY-WPL | Carton v. 9613, LLC |
| 1:17-cv-00294-SCY-LF | Carton v. Albertson's LLC |
| 1:17-cv-00295-LF-KBM | Carton v. Amerco Real Estate Company |
| 1:17-cv-00296-LF-CG | Carton v. Blake's Lotaburger, LLC |
| 1:17-cv-00297-SCY-KK | Carton v. Conquistadores, Inc. |
| 1:17-cv-00298-SCY-KK | Carton v. D.W. Investments, Inc. |
| 1:17-cv-00299-LF-SCY | Carton v. LNU et al |
| 1:17-cv-00300-KK-WPL | Carton v. Zhao et al |
| 1:17-cv-00301-KK-WPL | Carton v. Eubank 3801, LLC |
| 1:17-cv-00302-KBM-KK | Carton v. Family Medicine, P.C. |
| 1:17-cv-00303-LF-KBM | Carton v. Fu Yuang, LLC |
| 1:17-cv-00304-LF-CG | Carton v. LNU, et al. |
| 1:17-cv-00305-KK-SCY | Carton v. LNU |
| 1:17-cv-00306-KK-KBM | Carton v. LNU |
| 1:17-cv-00307-KBM-SCY | Carton v. LNU, et al. |
| 1:17-cv-00308-KK-KBM | Carton v. Masada Limited Company |
| 1:17-cv-00309-GJF-LF | Carton v. Palo Alto, Inc. |
| 1:17-cv-00310-LF-KBM | Carton v. Quality Jeep Limited Partnership |
| 1:17-cv-00311-SMV-KK | Carton v. Scottsdale Village, LLC |
| 1:17-cv-00312-SCY-LF | Carton v. Smiles for New Mexico Kids P.C. |
| 1:17-cv-00313-LF-WPL | Carton v. Starbucks Coffee Company |
| 1:17-cv-00314-CG-SCY | Carton v. Trimari Holdings, LLC |
| 1:17-cv-00315-KK-KBM | Carton v. U.S. Bank National Association |

**IT IS SO ORDERED.**

_____
THE HONORABLE M. CHRISTINA ARMIJO
CHIEF UNITED STATES DISTRICT JUDGE